In the Matter of the Application of JACK S. YANKIVER, for Admission to the Bar. Motion granted. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

(Republish.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIRROM LEASING CO., INC., Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [342-348 Seventh Ave., Borough of Manhattan.] — Order unanimously affirmed and the order of this court, entered November 4, 1953 (282 App. Div. 922) vacated. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ.

## (January 27, 1954.)

LOUIS SCHIFF et al., Respondents, v. RKO PICTURES CORPORATION et al., Appellants, et al., Defendants. LOUIS SCHIFF et al., Appellants, v. RKO PICTURES CORPORATION et al., Respondents, et al., Defendants. ELI B. CASTLEMAN et al., Doing Business as WOLVERINE TEXTILE COMPANY, et al., Respondents, v. RKO PICTURES CORPORATION et al., Defendants.— No sufficient showing is made in these cases to justify the court in staying any of the actions or directing the order in which they shall proceed between different jurisdictions. Nor is it appropriate to attempt to rule in a preliminary way as to the completeness or good faith with which any of the actions may be prosecuted. Order entered November 25, 1953, unanimously modified so as to delete the reference and deny the motions for a stay and, as so modified, affirmed, with $20 costs and disbursements to the appellants. Order entered December 18, 1953, unanimously affirmed, with $20 costs and disbursements to the respondents. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

## (January 28, 1954.)

(Republish.)

FLORENCE C. BARCLAY, on Behalf of EDGAR L. MARSTON, III, Respondent, v. EDGAR L. MARSTON, II, Appellant.— Order unanimously affirmed and the order of this court, entered January 26, 1954, vacated. Present — Peck, P. J., Bastow, Botein and Bergan, JJ. [See *ante,* p. 658.]